No. 9,022.—STATE ex Rel. JOSEPH CROISETTIER, Police Judge, Relator, v. DISTRICT COURT, Respondent.

Decided June 10, 1940.

PER CURIAM.—After due consideration petition of relator for writ of supervisory control prayed for is denied.

*Mr. Bertram P. Berger,* for Relator.